**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-2149**

_____

CHARLES R. CAMPBELL,

Plaintiff - Appellant,

v.

MS. HOLLIE S. BENNETT; DR. KAREN K. SHELTON; HONORABLE TONY
M. JONES; MS. CATHERINE A. STONE; MR. CHARLTON B. HALL; MS.
EMILY H. FARR; MR. DEAN GRIGG; MS. CHRISTA T. BELL; MR. DAVID B.
LOVE; BOARD OF EXAMINERS IN PSYCHOLOGY, South Carolina Dept. of
Labor, Licensing, and Regulation; MS. SHIRLEY A. VICKERY; SOUTH
CAROLINA BAR ASSOCIATION; SOUTH CAROLINA BAR BOARD OF
GOVERNORS; MR. M. DAWES COOKE, JR.; MS. BEVERLY A. CARROLL;
DR. J. PATRICK GOLDSMITH,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock
Hill. Joseph F. Anderson, Jr., Senior District Judge. (0:19-cv-00973-JFA)

_____

Submitted: April 14, 2020                          Decided: April 16, 2020

_____

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles R. Campbell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles R. Campbell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Campbell's 42 U.S.C. § 1983 (2018) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Campbell v. Bennett*, No. 0:19-cv-00973-JFA (D.S.C. Sept. 23, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
